IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR 07-1014 |
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW |
| vs. | ) | DUE TO CONFLICT |
| | ) | |
| COREY WOODARD, | ) | |
| | ) | |
| Defendant. | ) | |

Jill M. Ableidinger of the Federal Defender's Office respectfully requests the court's permission to withdraw as attorney for Defendant, Corey Woodard, because of a conflict of interest and in support of this motion, states as follows:

1. The Federal Defender's office represents Mr. Woodard in connection with a Indictment filed against him on July 31, 2007.

2. A conflict of interest has arisen that requires this office to withdraw from representation of Mr. Woodard..

Based on the foregoing, the Federal Defender's office notifies the Court of its conflict of interest in this case and respectfully requests it be allowed to withdraw from representation of Corey Woodard and that an attorney from the CJA panel be appointed.

1

FEDERAL DEFENDER'S OFFICE
320 Third Street SE, Suite 200
Cedar Rapids, IA 52401-1542
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542


BY: s/ Jill M. Ableidinger
JILL ABLEIDINGER
jill_ableidinger@fd.org
ATTORNEY FOR DEFENDANT,
COREY WOODARD

cc:
Stephanie Rose

**Certificate of Service**
I served a copy of this document on the attorneys of record of
all parties as follows:
1. Method of service: ( x ) electronic mail

2. Date served: August 6, 2007
I declare that the statements above are true to the best of my
information, knowledge, and belief.

s/ D. Terpkosh