IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA SUE KOOPMAN,<br><br>Defendant. | No. CR07-1014<br><br>ORDER REGARDING REQUEST<br>FOR MEDICAL RECORDS |

This matter comes before the Court on the Ex Parte Motion for Order Regarding Medical Records (docket number 105) filed by the Defendant on March 31, 2008. For the reasons stated in the Motion, the Court finds that the Motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Order Regarding Medical Records (docket number 105) filed by Defendant on March 31, 2008, is hereby **GRANTED**. The Linn County Correctional Center shall provide Defendant's counsel with a complete copy of its records pertaining to Defendant.

DATED this 2nd day of April, 2008.

JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA